IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT B. WILLIAMS,

   Plaintiff,

     v.

U. S. DEPARTMENT OF
TRANSPORTATION, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:06-CV-3145-TWT

ORDER

     This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

     SO ORDERED, this 25 day of February, 2008.


                             /s/Thomas W. Thrash
                             THOMAS W. THRASH, JR.
                             United States District Judge